FILED: October 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2196
(4:22-cv-00048-D)

---

JACK ANTHONY WILLIAMS

Plaintiff - Appellant

v.

SIG SAUER, INC.

Defendant - Appellee

------------------------------

WASHINGTON LEGAL FOUNDATION; LAWYERS FOR CIVIL JUSTICE

Amici Supporting Appellee

---

O R D E R

---

The court grants the motion by Brett F. Clements to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk